IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY JOHNSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1956 |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of July, 2025, upon consideration of Plaintiff Jeffrey Johnson's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), and *pro se* Complaint (Doc. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum as follows:

    a. Johnson's RICO claim asserted pursuant to 18 U.S.C. § 1962 is **DISMISSED WITHOUT PREJUDICE** for lack of standing for the reasons in the Court's Memorandum. Johnson is not given leave to amend.

    b. All remaining claims are **DISMISSED WITH PREJUDICE.**

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**